

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00402-CV

IN THE INTEREST OF A.G., A CHILD

§ On Appeal from the 325th District Court

§ of Tarrant County (325-710726-21)

§ January 26, 2023

§ Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM